■　FRANK P. PALERMO et al., Respondents, v. BRIDGE DUFFIELD CORP et al., Appellants-Respondents, SCHLOSSER BROS. EXCAVATORS, INC., Respondent-Appellant, and WILLIAM KASINETZ et al., Respondents.— Action by the owners of real property to recover damages for injuries to the real property and structures thereon, alleged to have been caused by excavation operations on the contiguous and bordering property, against Bridge Duffield Corp., the owner of the contiguous property, 1900 Mgt. Corp. and William Kasinetz, the general contractors, Schlosser Bros. Excavators, Inc., the excavation subcontractor, and Lawrence, Anthony, and Baldwin Di Giovanna, doing business as Lawrence Di Giovanna & Sons, the foundation subcontractor. Schlosser cross-complained against Bridge Duffield, 1900 Mgt. and Kasinetz. Bridge Duffield, 1900 Mgt. and Kasinetz cross-complained against Schlosser and Di Giovanna. At the close of the evidence the court dismissed the complaint as against Kasinetz. The jury rendered a verdict in favor of the owners against Bridge Duffield, 1900 Mgt. and Schlosser, and in favor of Di Giovanna against the owners. The court dismissed the cross complaints. Bridge Duffield, 1900 Mgt. and Schlosser appeal from an original judgment dated March 20, 1956 and from an amended judgment dated May 29, 1956, insofar as said judgments are against them, and from so much of an order dated April 23, 1956 as denied their respective motions to strike from the original judgment items of interest on the verdict. Schlosser also appeals from the decision on which said order was entered. Amended judgment, insofar as appealed from, unanimously affirmed, with costs to the respondents Palermo, payable by Bridge Duffield, 1900 Mgt. and Schlosser. No opinion. Appeals from original judgment, order, and decision dismissed, without costs. The amended judgment superseded the original judgment and includes provision for the payment of the interest items, which the order dated April 23, 1956 determined should remain in the original judgment. Therefore, the appeals from that judgment and order have become academic. No appeal lies from a decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GILLIS, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of assault in the second degree and from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.